FILED

10/11/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0308

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0308

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

ZECHARIAH JUSTIN DANIEL SMITH,

      Defendant and Appellant.

**GRANT**

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until November 10, 2022, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
October 11 2022